**FILED**

**December 10, 2024**

**TN COURT OF
WORKERS' COMPENSATION
CLAIMS**

**8:50 AM**

## TENNESSEE BUREAU OF WORKERS' COMPENSATION
## IN THE COURT OF WORKERS' COMPENSATION CLAIMS
## AT NASHVILLE

| | |
|---|---|
| **SYLVIA WELLINGTON,** ) | |
|     **Employee,** ) | **Docket No.: 2024-60-3340** |
| **v.** ) | |
| ) | **State File No.: 87259-2023** |
| **DOLLAR TREE STORES, INC.,** ) | |
|     **Employer.** ) | **Judge  Kenneth Switzer** |
| ) | |

---

### EXPEDITED HEARING AGREED ORDER

---

It appears to the Court, as evidenced by the signatures of counsel for the parties below, that an agreement has been reached regarding the issues on the Expedited Hearing presently set in this action for January 14, 2025 at 10:00 a.m. central time. The parties have announced their agreement that Ms. Wellington shall receive the left total knee arthroplasty surgery for Ms. Wellington's left knee injury that Dr. West ordered on April 4, 2024.  This shall be authorized within fifteen (15) calendar days from the date of this Expedited Hearing Agreed Order. Furthermore, the issue of employee's attorney's fees pursuant to Tenn. Code Ann. § 50-6-226(d)(1)(B) shall be reserved.

Therefore, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Ms. Wellington shall receive the left total knee arthroplasty surgery for Ms. Wellington's left knee injury that Dr. West ordered on April 4, 2024.

It is further **ORDERED, ADJUDGED, AND DECREED** that the left total knee arthroplasty surgery shall be authorized within fifteen (15) calendar days from the date of this Expedited Hearing Agreed Order.

It is further **ORDERED, ADJUDGED, AND DECREED** that the issue of employee's attorney's fees pursuant to Tenn. Code Ann. § 50-6-226(d)(1)(B) shall be reserved.

**IT IS SO ORDERED.**

**ENTERED this** 10th **day of December, 2024**

*Kenneth M. Switzer*
**Honorable Kenneth Switzer, Judge**

**APPROVED FOR ENTRY:**

Peter Frech / JWA by permission
Peter Frech, #031126
**Morgan & Morgan – Nashville, PLLC**
810 Broadway, Suite 105
Nashville, TN 37203
Phone: 615.986.6215
pfrech@forthepeople.com
*Counsel for the Employee*

JENNIFER W. ARNOLD, #023957
Attorneys for Employer
P.O. Box 17267
Chattanooga, TN 37415
Phone: (423) 800-0888
Fax:    (866) 884-0163
*Counsel for Employer*